✓ Priority
___ Send
___ Clsd
✓ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENGLISH,<br><br>    Plaintiff,<br><br>    v.<br><br>ENTERPRISE RENT-A-CAR, et al.,<br><br>    Defendants. | Case No. CV 08-0940-MMM (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: July 21, 2008

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE