✓ Priority
___ Send
___ Clsd
✓ Enter
✓ JS-5/(JS-6)
___ JS-2/JS-3

FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 2 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ENGLISH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ENTERPRISE RENT-A-CAR, et al.,<br><br>　　　　　Defendants. | Case No. CV 08-0940-MMM (JTL)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: July 21, 2008

MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE